| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>ST DESIGNS LLC<br><br><br><br>Debtor(s). | CASE NO.: 18-13363BB<br>CHAPTER:<br><br>ORDER REASSIGNING BANKRUPTCY<br>CASE TO JUDGE (by mutual consent)<br>☒ WITHIN DIVISION TRANSFER<br>☐ WITHIN DISTRICT TRANSFER |

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge BARRY RUSSELL _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to BR _____ [initials to be inserted by the judge] on all documents filed with the court.

☒ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

---

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 4/30/18

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: 5/1/18

_____
UNITED STATES BANKRUPTCY JUDGE