## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF REASSIGNMENT OF CASE

**DEBTOR(S) INFORMATION:**
ST Designs LLC
**SSN:** N/A
**EIN:** 38–3819289

P. O. Box 2385
Huntington Park, CA 90255

**BANKRUPTCY NO.**  2:18–bk–13363–BR
**CHAPTER**  7

This case has been reassigned to Bankruptcy Judge Barry Russell for all further proceedings.

The last two alpha characters of the case number has been changed to indicate the new Judge.

<u>Please use the new changes for all future matters regarding this case.</u>

Dated: May 1, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc2 rev. 5/96) VAN–83

**13 / SF**