1  Kevin I. Shenkman, SBN 223315
   Mary Ruth Hughes, SBN 222662
2  Andrea Alarcon, SBN 319536
   SHENKMAN & HUGHES, PC
3  28905 Wight Road
   Malibu, California 92605
4  Phone: (310) 457-070

5  Attorneys for MIDWEST BUSINESS CAPITAL, a
   division of UNITED MIDWEST SAVINGS BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:18-bk-10458-BR |
|---|---|
| SONYA MARIE THERIAULT, | Chapter 7 |
| Debtor. | **NOTICE OF MOTION AND MOTION FOR REASSIGNMENT; DECLARATION OF KEVIN I. SHENKMAN** |
| In re | Case No. 2:18-bk-13363-BB |
| ST DESIGNS LLC, | Chapter 7 |
| Debtor. | No Hearing Required<br>[Local Bankruptcy Rule 9013-1(o)] |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; AND OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that movant Midwest Business Capital, a division of United Midwest Savings Bank ("MBC"), a creditor of the bankruptcy estate of Sonya Marie Theriault ("Theriault"), Case No. 2:18-bk-10458-BR, and of ST DESIGNS LLC ("ST Designs"), Case No. 2:18-bk-13363-BB, hereby files this Notice of Motion ("the Notice") and Motion for Reassignment (the "Motion") of Bankruptcy Case No. 2:18-bk-13363-BB. A copy of this Notice and Motion have been served upon, among others, the Office of the United States Trustee, the Debtors, the 20 Largest Unsecured Creditors, and any other party of interest entitled to notice under Federal Rule of Bankruptcy Procedure ("FRBP") 2002.

    **PLEASE TAKE FURTHER NOTICE THAT** if you do not oppose the Motion, you need take no further action. However, if you wish to oppose the Motion, you must file a written response and request for hearing, in the form required by LBR 9013-l(o), with the Clerk of the Bankruptcy Court at 255 E. Temple Street, Los Angeles, California, 90012, no later than fifteen days after the date this Notice was served in accordance with LBR 1073-1, and serve any response to the Motion of MBC, directed to (1) MBC's counsel, at the address listed on the upper left-hand corner of this Notice and Motion, and (2) the United States Trustee.

**I.    MOTION**

    MBC hereby requests, pursuant to Local Bankruptcy Rule ("LBR") 1073-1(c), the reassignment of Bankruptcy Case No. 2:18-bk-13363-BB, the bankruptcy of ST Designs LLC ("ST Designs"), from the Honorable Sheri Bluebond to the Honorable Barry Russell. ST Designs's case is a "related case" as set forth under LBR 1015-2(a)(3) to Bankruptcy Case No. 2:18-bk-10458-BR, currently pending before the Honorable Barry Russell. Under LBR 1073-1(c), this Motion is required to be filed with the court of the low-numbered case.

    Sonya Marie Theriault ("Theriault") is a 100% owner of ST Designs. Declaration of Kevin I. Shenkman (the "Shenkman Decl.") at ¶ __. Theriault filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on or about January 16, 2018, as Bankruptcy Case No. 2:18-bk-10458-BR . Theriault's case was assigned to

SHENKMAN & HUGHES, PC
28905 Wight Road
Malibu, California 92605
Phone (310) 457-090

1  the Honorable Barry Russell. On or about March 27, 2018, Theriault caused ST Designs to file a

2  voluntary petition for relief under Chapter 7 of the Bankruptcy Code, as Bankruptcy Case No.

3  2:18-bk-13363-BB, which was assigned to the Honorable Sheri Bluebond.

4        ST Designs's bankruptcy case is related to Theriault's bankruptcy case as defined under

5  LBR 1015-2(a)(3), which provides, in pertinent part, that: "cases are deemed 'related cases' if the

6  earlier bankruptcy case was filed or pending at any time before the filing of the new petition, and

7  the debtors in such cases: (3) Are 'affiliates,' as defined in 11 U.S.C. § 101(2), except that

8  11 U.S.C.§101(2)(B) shall not apply;" 11 U.S.C. § 101(2) defines the term affiliates as follows:

9  "entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more

10  of the outstanding voting securities of the debtor. .. "

11        Here, Theriault's bankruptcy case was filed on January 16, 2018, before ST Designs's

12  bankruptcy case, which was filed on March 27, 2018. Theriault owns 100% of ST Designs and is

13  an affiliate of ST Designs as defined under 11 U.S.C. §101(2). A review of the schedules in this

14  case shows that MBC is essentially the sole creditor in the case and is likely to be the only creditor

15  with any significant participation in either if the two cases. MBC is requesting that ST Designs's

16  bankruptcy case, which is currently pending before the Honorable Sheri Bluebond be reassigned to

17  the Honorable Barry Russell, as its case is a related case as defined under LBR 1015-2(a)(3).

18  **II.    CONCLUSION**

19        For all of the foregoing reasons, MBC respectfully requests that the Court enter an order

20  for the reassignment of Bankruptcy Case No. 2:09-bk-24637-VK, from the Honorable Sheri

21  Bluebond to the Honorable Barry Russell.

22

23  DATED: April 6, 2018        SHENKAN & HUGHES, PC

24

25
                              By:   /s/ Kevin I. Shenkman

26                                    KEVIN I. SHENKMAN
                            Attorneys for MIDWEST BUSINESS CAPITAL, a
27                              division of UNITED MIDWEST SAVINGS BANK

28

SHENKMAN & HUGHES, PC
28905 Wight Road
Malibu, California 92605
Phone (310) 457-090

**DECLARATION OF KEVIN I. SHENKMAN**

I, Kevin I. Shenkman, declare as follows:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California and am the attorney of record for movant Midwest Business Capital, a division of United Midwest Savings Bank ("MBC"). I submit this Declaration in support of MBC's Motion for Reassignment ("Motion"). I have personal knowledge of the facts and circumstances set forth below, and, if called upon as a witness to testify thereto, I could and would competently testify thereto.

2. On or about January 16, 2018, Sonya Marie Theriault ("Theriault") filed a Chapter 7 petition as Bankruptcy Case No. 2:18-bk-10458-BR.

3. On or about March 27, 2018, Theriault caused ST Designs LLC ("ST Designs") to file a Chapter 7 petition as Bankruptcy Case No. 2:18-bk-13363-BB.

4. Theriault owns 100% of ST Designs and is the Managing Member of ST Designs.

5. A true and correct copy of the "CONSENT TO ACTION TAKEN IN LIEU OF SPECIAL MEETING OF MEMBERS ST DESIGNS LLC," which is signed by Theriault, is attached hereto as **Exhibit A**. [Docket No. 5].

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on April 6, 2018 at Malibu, California.



Kevin I. Shenkman

1
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF DOCUMENTS

# **EXHIBIT A**

# CONSENT TO ACTION TAKEN IN LIEU OF
# SPECIAL MEETING OF MEMBERS
# ST DESIGNS LLC

All the members of ST DESIGNS LLC (the "Company") hereby consent to the action taken as set forth in the following resolutions:

WHEREAS, 100% Shareholder SONYA MARIE THERIAULT has informed the Company of its desire to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

BE IT RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Company;

BE IT FURTHER RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and delivery all necessary documents on behalf of the Company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that SONYA MARIE THERIAULT, Managing Member of this Company, is authorized and directed to employ the law firm of LO & LO LLP to represent the Company in such bankruptcy case.

BE IT FURTHER RESOLVED, that the appropriate officers of the Company are hereby authorized and directed to take such action as they deem necessary or appropriate to affect the intent and purpose of the foregoing resolutions, and all actions previously taken by such officers to affect the intent and purpose of the foregoing resolutions are hereby ratified, confirmed and approved.

The signing of this consent by the members shall constitute full ratification of the action taken as set forth in the foregoing resolutions.

Consent dated: 2-27-18

_____
SONYA MARIE THERIAULT
Managing Member

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

28905 Wight Road, Malibu, CA 90265

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Motion and Motion for Reassignment; Declaration of Kevin I. Shenkman_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __April 6, 2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell (Via Overnight Delivery)  
United Bankruptcy Court - Central District of California  
255 East Temple Street, Bin outside Suite 1660  
Los Angeles 90012

Hon. Sheri Bluebond (Via Overnight Delivery)  
United Bankruptcy Court - Central District of California  
255 East Temple Street, Suite 1534  
Los Angeles 90012

**SEE ATTACHED**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2018 | Kevin I. Shenkman | /s/ Kevin I. Shenkman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ADDITIONAL SERVICE INFORMATION:

## By NEF

ATTORNEY FOR ST DESIGNS LLC
Michael Y Lo
LO & LO LLP
506 N Garfield Ave #280
Alhambra, CA 91801

ATTORNEY FOR SONYA THERIAULT
Aidan Butler
3550 Wilshire Blvd Ste 1924
Los Angeles, CA 90010-2403

OFFICE OF THE UNITED STATES TRUSTEE:
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

CHAPTER 7 TRUSTEE
Peter J Mastan (TR)
550 S Hope Street, Suite 1765
Los Angeles, CA 90071-2627

## By US Mail

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729

Tim Hall
1036 Broxton Ave.
Suite B
Los Angeles, CA 90024

Dan Rivero, CPA
Rivero & Associates, Inc.
13701 Riverside Drive
Suite 500
Sherman Oaks, CA 91423

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

State Board of Equalization
Account Information Group, MIC:29
PO Box 94287 9
Sacramento, CA 94279-0029

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE