

**FILED & ENTERED**

MAY 09 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SONYA MARIE THERIAULT,<br><br><br><br><br>Debtor(s). | Case No.: 2:18-bk-10458-BR<br><br>CHAPTER 7<br><br>**ORDER REOPENING CASE DUE TO CLERICAL ERROR** |

On May 8, 2018, the above bankruptcy case was closed due to clerical error. IT IS HEREBY ORDERED that the above bankruptcy case is reopened.

IT IS SO ORDERED.

Date: May 9, 2018

_____
Barry Russell
United States Bankruptcy Judge