| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin I. Shenkman, SBN 223315<br>Mary Ruth Hughes, SBN 222662<br>Andrea Alarcon, SBN 319536<br>SHENKMAN & HUGHES, PC<br>28905 Wight Road<br>Malibu, California 92605<br>Phone: (310) 457-0970 | **FILED & ENTERED**<br><br>**JUN 27 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier   **DEPUTY CLERK** |

☐ *Movant appearing without an attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:18-bk-10458-BR |
|---|---|
| | CHAPTER: 7 |
| SONYA MARIE THERIAULT, | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
| | DATE: June 6, 2018<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 East Temple Street<br>          Los Angeles, CA 90012 |
| Debtor(s). | |

**MOVANT:** MIDWEST BUSINESS CAPITAL, a division of UNITED MIDWEST SAVINGS BANK

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Midwest Business Capital v. Sonya Theriault et al.

   Docket number: Case No. SC126689

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

   Los Angeles Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                             Page 1                              F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☒ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other *(specify)*:

    Relief from stay is granted to Movant for the purpose of recovering the Collateral (as that term is defined in the Motion) and tracing, including determining ownership of the Collateral, obtaining a writ of possession, and otherwise proceeding under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in any nonbankruptcy forum. Relief from stay is also granted with respect to the enforcement of any monetary judgment against the Debtor for the Debtor's post-petition conduct.

    The stay shall remain in effect with respect to the enforcement of any monetary judgment against the Debtor or property of the Debtor's bankruptcy estate for the Debtor's pre-petition conduct.

###

Date: June 27, 2018

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                        Page 2                        F 4001-1.RFS.NONBK.ORDER